SHELL OIL COMPANY v. FRANK MARINELLO.

October 11, 1972. Certification to Superior Court, Law Division granted. (See 120 *N. J. Super.* 357).

TOWNSHIP OF EWING v. STANLEY S. VITALE.

October 11, 1972. Certification to Civil Service Commission granted.

JOHN F. INGANAMORT v. BOROUGH OF FORT LEE.

CONTINENTAL GARDENS, INC. v.
BOROUGH OF RIVER EDGE.

October 13, 1972. Certification to Superior Court, Law Division granted. (See 120 *N. J. Super.* 286).

WALTER BECKWORTH v.
NEW JERSEY STATE PAROLE BOARD.

October 18, 1972. Certification to New Jersey State Parole Board granted.

JOHN R. BUSICK v. JOSEPH M. LEVINE.

October 31, 1972. Certification to Superior Court, Law Division granted.